## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

## CHRISTOPHER HENRY ALEXANDER

I, Matthew Kronfeld, being first duly sworn, depose and state as follows:

## AFFIANT'S BACKGROUND

1. I am a Federal Officer with United States Secret Service Uniform Division ("USSS/UD"), where I have served since December 2018. I am currently assigned to the White House Uniform Division. My duties and responsibilities, among other things, include securing the outer and inner perimeters of the White House grounds and complex. I have attended the Uniform Police Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia, and the Secret Service Uniform Division Training Program at the Rowley Training Center in Beltsville, Maryland.

2. The information set forth in this Affidavit is known to me as a result of an investigation personally conducted by me and other law enforcement officers. Thus, the statements contained in this Affidavit are based in part on information provided to me by other officers and USSS investigators.

3. The information provided in this Affidavit is provided for the limited purpose of showing there is probable cause for the requested complaint and does not set forth all my knowledge regarding this matter.

## PURPOSE OF AFFIDAVIT

4. This Affidavit is made in support of a criminal complaint charging **CHRISTOPHER HENRY ALEXANDER DAVIS** (hereafter DAVIS) with violations of

    a. Title 18 USC § 111(a)(1), forcibly assaulting, resisting, opposing, impeding, intimidating, or interfering with designated individuals engaged in or on account of the performance of his official duties, and such act involved physical contact with the victim of that assault;

    b. Title 18 USC § 3056(d), willfully obstructing, resisting, or interfering with a Federal law enforcement agent engaged in the performance of protective functions pursuant to 18 U.S.C. § 1752; and

    c. Title 18 USC § 1752, knowingly attempting to enter or remain in any restricted building or grounds, that is, the White House or its grounds, without lawful authority to do so.

## FACTUAL BASIS SUPPORTING PROBABLE CAUSE

5. On February 18, 2019, at approximately 7:41PM, I was working in the 1500 block of Pennsylvania Avenue, NW, Washington, D.C., on the south sidewalk, which abuts the north White House fence. The fence is surrounded with bike racks that are posted and cordoned off as a restricted grounds or area within the meaning of 18 U.S.C. §1752(C)(1)(A). I observed DAVIS walking west on Pennsylvania Avenue from 15th Street, NW, approaching a marked police line that had been established due to a protectee movement to the White House. The line included yellow police tape that read "POLICE LINE DO NOT CROSS."

6. DAVIS crossed the police line and I instructed DAVIS to step back across the police line using loud verbal commands and a flashlight. DAVIS continued walking west along the south sidewalk and ignored my orders.

7. I reached out to stop DAVIS and he aggressively pulled his arm away from me. Officer Kaitlyn Dougherty, a White House Branch USSS/UD officer who was assisting in protecting the police line for the protectee movement, jogged up to DAVIS and asked what DAVIS was doing there. At that time DAVIS struck Dougherty with his right forearm to the left side of Dougherty's face and nose. Dougherty and another White House branch USSS/UD officer, Matthew Wendt, took DAVIS to the ground. Once on the ground, Dougherty and Wendt attempted to place handcuffs on DAVIS. DAVIS laid on his stomach and placed his hands under his body despite orders to put his hands behind his back.

8. After being placed in handcuffs, DAVIS repeatedly stated that he had an appointment with the President. White House records revealed that DAVIS did not have an appointment.

9. A civilian witness was interviewed and stated that the defendant was told to stop "and they did not stop so the police attacked and the person continued to fight back . . . ."

10. DAVIS was read his Miranda rights. DAVIS appeared to understand his rights and agreed to speak with agents. DAVIS stated he was there to meet with the President about policy matters concerning the border and the "Green New Deal." DAVIS stated he wished no harm on the President but stated that "I want to help bring peace to the world." He did not understand the process of meeting with the President but did not think there was any issue of showing up to the White House to request an appointment.

11. DAVIS stated he was stressed over the political tensions that exist in the United States and wanted to ease the tensions in the world. He stated that he suffers from "Bi-Polar 1" and does not take any medication, though sometimes he smokes marijuana to help with the symptoms. He stated he wanted to get treatment for his bi-polar disorder. Asked about the physical altercation with the officers, DAVIS stated he was just so focused on meeting with the President when he saw the White House and did not hear the commands

11. given from officers. DAVIS stated he believed he was in a manic state and felt he did not have much control of his actions at the time of his arrest.

12. DAVIS mentioned another occasion where he met with two representatives of "Barry," believed to be Former President Obama, in the woods to talk about issues.

13. DAVIS was transported to George Washington University Hospital for abrasions on his hands and a bump to his head. Officer Dougherty suffered multiple facial contusions and abrasions as well as a left knee contusion.

## CONCLUSION

14. Based on the abovementioned facts, I submit there is probable cause to believe that on February 18, 2019, CHRISTOPHER HENRY ALEXANDER DAVIS

    a. forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with designated individuals engaged in or on account of the performance of their official duties, namely, USSS officers, and such act involved physical contact with the victim of that assault, in violation of Title 18 USC § 111(a)(1);

    b. willfully obstructed, resisted, and interfered with a Federal law enforcement agents, namely, USSS officers, engaged in the performance of protective functions pursuant to 18 U.S.C. § 1752, that is protecting the outside perimeter of the White House and its grounds, in violation of Title 18 USC § 3056(d); and

    c. knowingly attempted to enter and remain in any restricted building or grounds, that is, the White House or its grounds, without lawful authority to do so, in violation of Title 18 USC § 1752.

Matthew Kronfeld, Officer
United States Secret Service Uniform Division

Subscribed and sworn before me this _____ day of February 2018.

Hon. G. Michael Harvey
United States Magistrate Judge